**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-                            **MEMORANDUM OF**
                                                           **DECISION AND ORDER**
PHILIP NICOTRA,                                         05-CR-147 (ADS)

                                  Defendant.
----------------------------------------------------------X

**APPEARANCES:**

**BENTON J. CAMPBELL, UNITED STATES ATTORNEY**
**EASTERN DISTRICT OF NEW YORK**
610 Federal Plaza
Central Islip, New York 11722
       By: Lara Treinis Gatz, Assistant United States Attorney

**MARION A. SELTZER**
Attorney for the Defendant
1725 York Avenue, Suite 16B
New York, NY 10128

**SPATT, District Judge**.

       United States Probation Officer, Katie Kalman, is hereby directed to provide

the Court with a recommendation concerning Defendant Philip Nicotra's request for

early termination of his term of supervised release.

**SO ORDERED.**

Dated: Central Islip, New York
August 31, 2009

                                                                                    */s/ Arthur D. Spatt*
                                                                                    Arthur D. Spatt
                                                          United States District Judge